DANIEL G. BOGDEN
United States Attorney
District of Nevada

PATRICK A. ROSE
Assistant United States Attorney
Nevada State Bar No. 5109
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6297
Facsimile: 702-388-6787
Email: patrick.rose@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORI IRISH, COLBY IRISH, LORTEX TRUST, | ) |
| Plaintiffs, | ) Case No. 2:13-cv-02201-APG-VCF |
| v. | ) |
| UNITED STATES OF AMERICA, NATIONAL LABOR RELATIONS BOARD, | ) |
| Defendants. | ) |

**MOTION TO ADMIT GOVERNMENT ATTORNEYS TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEYS' GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorneys Nancy E. Kessler Platt and Julie M. Covel to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Nancy E. Kessler Platt and Julie M. Covel are attorneys with the National Labor Relations Board, an agency of the federal government.  Ms. Platt is an active member in good standing of the bar of the District of Columbia, Bar No. 425995, and Ms. Covel is an active member in good standing of the bar of the State of Kansas, Bar No. 25953.

The following information is provided to the Court:

Nancy E. Kessler Platt
Supervisory Attorney
National Labor Relations Board
1099 14th Street, NW  Suite 8600
Washington, DC 20570
Phone: 202-273-2937
Fax: 202-273-1799
Email: nancy.platt@nlrb.gov

Julie M. Covel
Attorney
National Labor Relations Board
1099 14th Street, NW  Suite 8600
Washington, DC 20570
Phone: 202-273-3847
Fax: 202-273-1799
Email: julie.covel@nlrb.gov

Accordingly, the United States respectfully requests that the Court admit Nancy E. Kessler Platt and Julie M. Covel to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 23rd day of April 2014.

DANIEL G. BOGDEN
United States Attorney

*/s/ Patrick A. Rose*
PATRICK A. ROSE
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
Dated:  April 28, 2014.