**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LORI J. IRISH, *et al.,* | 2:13-cv -02201-APG-VCF |
| Plaintiffs, | |
| vs. | **ORDER GRANTING LIMITED STAY OF DISCOVERY** |
| UNITED STATES OF AMERICA, *et al.,* | [Motion to Stay Discovery (#12)] |
| Defendants. | |

Before the Court is Defendants' Motion to Stay Discovery (#12). Defendants seek to stay discovery until the Court addresses their pending Motion to Dismiss which raises issues of subject matter jurisdiction and the pleading sufficiency of Plaintiffs' complaint. *Id.* Defendants have given sufficient reasons to stay discovery; however, the stay requested by Defendants does not set a date certain for lifting the stay and will not be approved in that form.

Pursuant to Local Rules 7-2(b) and (d), oppositions must be filed "fourteen days after service of the motion" and that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Defendants filed their motion on May 8, 2014. To date, no opposition has been filed. Plaintiffs have consented to the granting of the instant motion under Local Rule 7-2(d).

…

…

…

Good Cause Appearing,

IT IS HEREBY ORDERED Defendants' Motion to Stay Discovery (#12) is GRANTED with the condition that all discovery is stayed in this case until the earlier of twenty (20) days after Defendants file an answer or August 18, 2014;

IT IS FURTHER ORDERED that the parties will not be required to file a proposed Discovery Plan and Scheduling Order until the earlier of twenty (20) days after Defendants file an answer or August 18, 2014;

After August 4, 2014, the parties may file a stipulation/motion to further stay discovery and the filing of a new Discovery Plan and Scheduling Order, if the case is still pending and the Defendants have not filed an answer at the time of filing the new stipulation/motion.

DATED this 17th day of June, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE